# EXHIBIT A

STATE OF INDIANA                IN THE MARION SUPERIOR COURT

COUNTY OF MARION

ANGELA MILES,

                  Plaintiff,

vs.                                                                CAUSE NO.: _____

COMENITY BANK and COMENITY
CAPITAL BANK,

                  Defendants.

## COMPLAINT

### Count I - Violation Of The Fair Credit Reporting Act 15 U.S.C. §1681, et seq

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendants states as follows:

1. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

2. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

3. Plaintiff is a resident of Indiana.

4. Defendants Comenity Bank and Comenity Capital Bank are Delaware Corporations with their Principal Places of Business in Ohio.

5. At all times relevant hereto, Defendants Comenity Bank and Comenity Capital Bank were and are engaged in business all within Indiana.

6. At all times pertinent hereto, Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

7. At all times pertinent hereto, Defendants were acting by and through their agents,

servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

8.  At all times pertinent hereto, the conduct of the Defendants as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

9.  Plaintiff filed for Chapter 7 Bankruptcy in the Southern District of Indiana on September 26, 2019, Case No. 19-07199-JJG-7A.

10. Plaintiff was discharged from Chapter 7 Bankruptcy in the Southern District of Indiana on December 25, 2019.

11. All of Plaintiff's accounts with Defendants Comenity Bank and Comenity Capital bank were discharged in the bankruptcy, thus extinguishing any existing creditor-debtor relationship previously held between the parties.

12. On December 26, Defendants were notified of Plaintiff's bankruptcy discharge by the Bankruptcy Noticing Center of the Southern District of Indiana.

13. On March 9, 2020 Defendant Comenity Bank accessed Plaintiff's credit report without a legally permissible purpose.

14. On July 7, 2020, Defendants Comenity Bank and Comenity Capital Bank accessed Plaintiff's credit report without a legally permissible purpose.

15. On December 30, 2020, Plaintiff made a phone call to Defendant Comenity Bank, asking it to explain why Plaintiff's credit was accessed, or what permissible purpose Defendant may have had for doing so.

16. Defendant Comenity Bank did not provide Plaintiff with an explanation; instead, it simply confirmed that Plaintiff's previous account with Comenity Bank was closed in December

of 2019.

17. On March 9, 2020 and July 7, 2020, Plaintiff did not have an existing credit obligation on any account that Defendants could have been seeking to review.

18. At the time of the aforementioned credit pulls, Plaintiff did not provide consent or written instruction allowing Defendants to use or obtain her reports.

19. At the time of the aforementioned credit pulls, Plaintiff had not applied for employment with Defendants

20. At the time of the aforementioned credit pulls, Plaintiff neither had nor intended to have any interaction with Defendant in connection with insurance.

21. Because Plaintiff knew that her accounts with Defendant had been discharged in bankruptcy, Plaintiff believed that Defendants accessed her credit report on a debt that had been discharged in bankruptcy.

22. The accessing of Plaintiff's credit report by Defendants without a legally permissible purpose was willfully, recklessly and/or negligently in violation of the Fair Credit Reporting Act.

23. Defendants violated 15 U.S.C. § 1681b(f) by willfully and/or recklessly accessing, attaching, publishing and using Plaintiff's credit profile without a permissible purpose or authorization under the FCRA.

24. Defendants violated 15 U.S.C. § 1681n by negligently accessing, attaching, publishing and using Plaintiff's credit file without a permissible purpose or authorization under the FCRA.

25. Defendants violated 15 U.S.C. § 1681o by willfully and/or recklessly accessing, attaching, publishing and using Plaintiff's credit file without a permissible purpose or

authorization under the FCRA.

26. As a result of the above violations of the FCRA, Plaintiff suffered an invasion of privacy, as well as garden variety emotional distress in the form of anger, frustration, humiliation, and embarrassment.

27. As a result of the above violations of the FCRA, the Defendants are liable to the Plaintiff in the sum of Plaintiff's actual damages, statutory damages, punitive damages, costs, disbursements, and reasonable attorney's fees.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants Comenity Bank and Comenity Capital Bank for actual damages; punitive damages, statutory damages pursuant to 15 U.S.C. §1692k; costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k; and for such other and further relief as may be just and proper.

Respectfully submitted,

/s/ John T. Steinkamp
John T. Steinkamp, #19891-49
JOHN STEINKAMP & ASSOCIATES
5214 S. East Street, Suite D-1
Indianapolis, IN 46227
Telephone: 317-780-8300
john@johnsteinkampandassociates.com
**Attorney for Plaintiff**

**Demand for Jury Trial**

COMES NOW Plaintiff Angela Miles and demands a jury trial on all issues so triable.

/s/ John T. Steinkamp
Attorney for Plaintiff